# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17 cv 298

| | | |
|---|---|---|
| **DONNA LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SNAP-ON TOOLS COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 5] filed by G. Bryan Adams, III, counsel for Defendant Snap-On Tools Company, LLC.

Upon review of the motion, it appears that Oyvind Wistrom is a member in good standing with the Wisconsin Bar and will be appearing with G. Bryan Adams, III, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 5]. The Court **ADMITS** Oyvind Wistrom to practice *pro hac vice* before the Court while associated with local counsel.

Signed: January 3, 2018

Dennis L. Howell
United States Magistrate Judge