# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 298

| | |
|---|---|
| DONNA LEWIS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SNAP-ON TOOLS COMPANY, LLC, )<br>)<br>   Defendant. )<br>_____ ) | ORDER |

Pending before the Court is the motion for *pro hac vice* admission [# 10] filed by Joshua N. Levy, counsel for Plaintiff Donna Lewis.

Upon review of the motion, it appears that Charles L. Bachman, Jr., is a member in good standing with the Georgia Bar and will be appearing with Joshua N. Levy, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 10]. The Court **ADMITS** Charles L. Bachman, Jr., to practice *pro hac vice* before the Court while associated with local counsel.

Signed: January 8, 2018

Dennis L. Howell
United States Magistrate Judge